1436

## RECONSIDERATION DOCKET

**97–1516.  Balatgek v. State Farm Ins. Co.**
Franklin App. No. 96APE12–1619.  Reported at 82 Ohio St.3d 384, 696 N.E.2d 566.  On motion for reconsideration.  Motion denied.
    MOYER, C.J., and LUNDBERG STRATTON, J., dissent.

**97–1626.  Chamberlain v. AK Steel Corp.**
Butler App. No. CA97–04–074.  Reported at 82 Ohio St.3d 389, 696 N.E.2d 569.  On motion for reconsideration.  Motion denied.
    LUNDBERG STRATTON, J., dissents.

**97–2282.  Jewett v. Owners Ins. Co.**
Licking App. No. 97CA24.  Reported at 82 Ohio St.3d 1224, 696 N.E.2d 598.  On motion for reconsideration.  Motion denied.
    LUNDBERG STRATTON, J., dissents.

**97–2464.  State ex rel. Raglin v. Brigano.**
Warren App. No. CA97–08–086.  Reported at 82 Ohio St.3d 410, 696 N.E.2d 585.  On motion for reconsideration.  Motion denied.